IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP J. VONVILLE, | : | Civil No. 1:20-CV-02307 |
| Petitioner, | : | |
| v. | : | |
| GARY HAIDLE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 22nd day of February, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner's motion for special injunctive relief, Doc. 4, is **DISMISSED**.

3. A certificate of appealability will not issue.

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania